```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15432
    GARY JEFFERS
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-1973

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/04/08 .

    2.  The case was dismissed without confirmation, 06/06/2008.

--------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID             PAID
--------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED         OTHER           TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00           .00             .00
PRINCIPAL PAID         .00         .00          .00           .00             .00
INTEREST PAID          .00         .00          .00           .00             .00
TOTAL PAID             .00         .00          .00           .00             .00
The Debtor's attorney, PAUL R IDLAS                , was allowed $       .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $        .00 .




      Dated: 09/10/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 15432 GARY JEFFERS
```